29 So.2d 900

**Robert LITTLE v. STATE.**

3 Div. 882.

Court of Appeals of Alabama.

Jan. 7, 1947.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

29 So.2d 901

**Willie LOGAN v. STATE.**

2 Div. 755.

Court of Appeals of Alabama.

Feb. 11, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed, motion of appellant.

33 So.2d 279

**Willie LONE v. STATE.**

6 Div. 475.

Court of Appeals of Alabama.

Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

29 So.2d 901

**Nim LONG v. STATE.**

4 Div. 959.

Court of Appeals of Alabama.

Nov. 19, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

33 So.2d 279

**Crusie LYNCH, Jr., v. STATE.**

6 Div. 474.

Court of Appeals of Alabama.

Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

35 So.2d 923

**Joe McCARY v. STATE.**

6 Div. 582.

Court of Appeals of Alabama.

April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.